IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LORI GERSHON, )<br>WASHINGTON MUTUAL BANK, FA, now )<br>known as JPMorgan Chase Bank, N.A., and )<br>TOWN OF STAMFORD, CONNECTICUT, )<br>)<br>Defendants. ) | Case No. 3:19-cv-204 |

**COMPLAINT**

Plaintiff United States of America, pursuant to the provisions of 26 U.S.C. §§ 7402 and 7403, with the authorization of a delegate of the Secretary of the Treasury and at the direction of a delegate of the Acting Attorney General of the United States, brings this civil action to enforce federal tax liens on Lori Gershon's interests in a certain parcel of real property. In support of this action, the United States alleges, as follows:

**Jurisdiction, Venue, and Parties**

1. Jurisdiction over this action is conferred upon this Court under 28 U.S.C. §§ 1331, 1340, and 1345, and 26 U.S.C. §§ 7402 and 7403.

2. Defendant Lori Gershon resides in Stamford, Connecticut, which is within the jurisdiction of this Court.

3. Defendant Washington Mutual Bank, FA, now known as JPMorgan Chase Bank, N.A., is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

4.      Defendant Town of Stamford, Connecticut, is named as a defendant in this case because it has, or may claim, an interest in the real property on which the United States seeks to enforce its liens.

## The Property

5.      The real property that is the subject of this action is located at 49 Fishing Trail, Stamford, Fairfield County, Connecticut (the "Property"), and is legally described, as follows:

> ALL THAT CERTAIN tract of land with the buildings and improvements thereon, situated in the City of Stamford, County of Fairfield and State of Connecticut known and designated as lot numbered forty-eight (48) on a certain map entitled, "Section No. 5 Lakewood Park, Incorporated at Stamford, Connecticut", now on file in the Office of the Town Clerk of said Stamford and numbered seventy three hundred thirty four (7334) reference thereto being had; said lot being bounded:
>
> NORTHERLY: 406.000 feet by land now or formerly of John Harley Winkelman and Sharon R Winkelman;
>
> EASTERLY: 138.646 feet by Fishing Trail;
>
> SOUTHERLY: 60.00 feet;
>
> SOUTHWESTERLY: 375.29 feet by land now or formerly of John L. Cowan; and
>
> EASTERLY: 50.00 feet by land of Stamford Jewish Center, Inc.
>
> TOGETHER with the rights set forth in a declaration of assessment made by Lake Wood Park, Inc. dated September 18, 1964 and recorded in the Land Records of said Stamford in Book, 1027 at page 192.

6.      By Quit Claim Deed dated October 23, 2000, Jefaar Limited Partnership, a Connecticut limited partnership, conveyed the Property to Lori Gershon. The Quit Claim Deed was recorded with the Town Clerk for the Town of Stamford, Connecticut on October 30, 2000 at Volume 5622, Page 148.

**Count to Enforce Federal Tax Liens Against the Property**

7. On December 1, 2017, in *United States v. Lori Gershon.*, Case No. 3:15-cv-01354-CSH, the Court entered judgment in favor of the United States and against Lori Gershon for unpaid income taxes for tax years 1992-1995, 1998 and 2002 in the amount of $276,509.77, plus interest and statutory additions from and after September 9, 2015.

8. The judgment referenced in Paragraph 7, above, remains unpaid. Specifically, Lori Gershon remains liable to the United States in the amount of $303,963.08 as of February 8, 2019. Interest continues to accrue on the judgment.

9. On July 25, 2003, the Internal Revenue Service ("IRS") filed a Notice of Federal Tax Lien in the name of Lori Gershon for tax years 1992-1995, 1998, and 2002, among others, with the Town Clerk for the Town of Stamford, Connecticut, in accordance with 26 U.S.C. § 6323(f). The Notice of Federal Tax Lien was recorded at Volume 7021, Page 268.

10. The IRS did not timely refile the Notice of Federal Tax Lien described in Paragraph 9, above, and, as such the Notice operated as a Certificate of Release of Federal Tax Lien as of the dates set forth on the Notice.

11. On or about October 8, 2014, pursuant to 26 U.S.C. § 6325(f)(2), the IRS revoked the release of the federal tax liens described in Paragraph 10, above, by mailing notice of the revocation to Lori Gershon, and by filing a Revocation of Certificate of Release of Federal Tax Lien with the Town Clerk for the Town of Stamford, Connecticut, with regard to the Certificate of Release described in Paragraph 10, above, which was recorded on October 8, 2014 at Volume 11102, Page 147.

12. On October 9, 2014, IRS filed a Notice of Federal Tax Lien in the name of Lori Gershon for tax years 1992-1995, 1998, and 2002, with the Town Clerk for the Town of Stamford, Connecticut, which was recorded at Volume 11103, Page 239.

13. The above-referenced federal tax liens attach to all property and rights to property belonging to Lori Gershon, including the Property.

14. On March 12, 2001, the U.S. Attorney's Office for the District of Connecticut filed a Notice of Lien with regard to a restitution judgment entered on December 18, 2000 in *United States v. Gershon*, Case No. 3:00-cr-211-SRU, in favor of the United States, and against Lori Gershon, in the amount of $41,960.34, with the Town Clerk of Stamford, Connecticut. The notice was recorded at Volume 5712, Page 115.

15. Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce its federal tax liens upon Lori Gershon's interests in the Property; to have the entire Property sold at a judicial sale free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption; and to have the proceeds distributed, after the payments of the costs of sale and any real estate taxes due and owing, as permitted by 26 U.S.C. § 6323(b)(6), to the United States or as otherwise determined by the Court.

WHEREFORE, the plaintiff United States of America prays that:

A. The Court enforce the federal tax liens and order the entire Property sold, free and clear of all rights, title, liens, claims, and interests of the parties, including any rights of redemption, and distribute the proceeds, after the payments of the costs of sale and any real estate taxes due and owing under 26 U.S.C. § 6323(b)(6), to the United States of America, or as otherwise determined by the Court;

B. The Court determine that any failure by any defendant other than Defendant Lori Gershon and any government entity holding a lien securing unpaid real property tax under 26 U.S.C. § 6323(b)(6), to timely plead a right, title, claim, or interest in the Property shall result in a default being entered against that party and a default judgment holding that said party has no right, title, claim, lien, or other interest in the Property; and

C. The Court award the United States of America such further relief, including the costs of this action, that the Court deem just and proper.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
U.S. Department of Justice, Tax Division

*/s/ Bradley A. Sarnell*
BRADLEY A. SARNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-307-1038 (v)
202-514-5238 (f)
Bradley.A.Sarnell@usdoj.gov

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Lori Gershon; Washington Mutual Bank FA, now known as JPMorgan Chase Bank, N.A., and Town of Stamford, Connecticut

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Fairfield
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bradley A. Sarnell, U.S. Department of Justice
PO Box 55, Washington, DC 20044
(202) 307-1038

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
|  |  | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7403

Brief description of cause:
Enforcement of federal tax liens

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 02/11/2019

SIGNATURE OF ATTORNEY OF RECORD: /s/Bradley A. Sarnell

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE